UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

**In The Matter Of:**            **In Bankruptcy:**

QAFA & QAFA, INC.              Case No. 16-46821-PJS
                                Chapter 7
         Debtor(s).         /   Hon. Phillip J. Shefferly

## CERTIFICATE OF DISTRIBUTION

Mark H. Shapiro, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $921.29 and disbursed $0.00, leaving a balance on hand of $921.29, which funds are deposited in an account at Bank of Texas;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| Mark H. Shapiro Fee | $230.32 | 100.00 | $230.32 |
| Steinberg Shapiro & Clark Attorney for Trustee Fees | $374.87 | 100.00 | $374.87 |
| Richard A. Pallas, P.C. Accountant for Trustee Fees | $300.00 | 100.00 | $300.00 |
| Richard A. Pallas, P.C. Accountant for Trustee Fees | $16.10 | 100.00 | $16.10 |
| | | **Subtotal:** | **$921.29** |
| | | **Total:** | **$921.29** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

| | |
|---|---|
| Dated: April 07, 2017 | /s/ MARK H. SHAPIRO [P43134]<br>Mark H. Shapiro, Chapter 7 Trustee<br>25925 Telegraph Road<br>Suite 203<br>Southfield, MI 48033<br>Phone: (248) 352-4700<br>E-mail: shapiro@steinbergshapiro.com |